UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALLEN ATKINS #742687,

    Plaintiff,

v.

UNKNOWN MERCER,

    Defendant.
_____/

Case No. 2:22-cv-150

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  May 6, 2024

/s/  Paul L. Maloney
Paul L. Maloney
United States District Judge